| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 1:04-cr-198 |
| e. ) | |
| ) | Judge Edgar |
| NYLA HODGE and ) | |
| ROGER HODGE, ) | |
| ) | |
| Defendants. ) | |

## RELEASE OF PROTECTIVE ORDER

Upon motion of the United States, and for good cause shown, the Protective Order previously filed in this case on January 5, 2005 and recorded on January 11, 2005 at Book MISC13, pages 428-432 in the Register of Deeds Office for Bledsoe County, Tennessee, and recorded on January 11, 2005 at Book RB12, pages 511-515 in the Register of Deeds Office for Van Buren County, Tennessee.

    a.    <u>(MAP: 56P; GROUP C; PARCEL: 9.00; BLEDSOE CO., TN)</u>
Real Property with a mailing address of Nyla's Place, Route 3, Box 316A, Pikeville, Bledsoe County, Tennessee, at Map 56C, Group C, Parcel 9.00, and being a portion of that property conveyed to Nyla Rose Hodge by Warranty Deed dated May 3, 2002 and recorded on May 3, 2002 in Book WD177, Pages 745-746, in the Register of Deeds Office of Bledsoe County, Tennessee and more particularly described as follows:

Lying in the 4th Civil District of Bledsoe County, Tennessee and more particularly described as follows:

BEGINNING at a stake at the corner of the lot heretofore purchased by the Grantee and being the Northeast corner of the lot herein conveyed and in the West right of way line of a street; thence with said street in a southerly direction 75 feet to a stake, corner of Creason; thence with the line of Creason in a Westerly direction 150 feet to a stake in the line of Wheeler, also corner of Creason; thence with line of Wheeler in a Northly direction

paralleling the street 75 feet to a stake, corner of Hitchcox;
thence with the line of Hitchcox, paralleling the North line of
Creason, 150 feet in an Easterly direction to the place of
BEGINNING.

Located on the above described property is a store known as
"Nyla's Place". This deed also conveys any interest I may have
in the pumps, tanks, coolers, equipment, freezers, fixtures,
inventory, etc. located in the store and upon said property.

SUBJECT to any and all visible easements.

SUBJECT to any governmental zoning and subdivision
ordinances or regulations in effect thereon.

Being the same property conveyed to Debbie Brown Goss by
deed of record in Deed Book 142, Page 437, Register's Office,
Bledsoe County, Tennessee. See also Contract for Deed recorded
in Deed Book 150, Page 327, Register's Office, Bledsoe County,
Tennessee.

b. (MAP: 51; PARCEL: 13.05; VAN BUREN CO., TN)
Real Property located at Joe Groves Road, Van Buren County,
Tennessee at Map 51, Parcel 13.05, and being a portion of that
property conveyed to Roger Hodge and wife, Nyla Rose Hodge,
by Warranty Deed dated March 20, 1990 and recorded on June
19, 1990 in Book W-D, Vol. 27-X, Page 9, in the Register's
Office of Van Buren County, Tennessee; and see also Divorce
Decree recorded in Misc. Book 25, Page 352, Register's Office
of Van Buren County, Tennessee; and more particularly
described as follows:

BEGINNING on a stake in the East line of the Groves tract of
land; proceeding thence south 83° East with an access Road
536.2 feet to a stake; North 14° West 189.6 feet to a stake; North
65° West 120 feet to a stake; North 20° West 218.6 feet to a
stake; thence North 10° West 199 feet to a stake; thence North
41° West 137 feet to a stake; North 55° West 128 feet to a stake
in the line of said Groves tract of land at the intersection of said
road and the main Public Road; thence south 6° West 710 feet to
the BEGINNING, containing 4.05 acres, more or less.

Being the same property conveyed to Milburn Wyatt and wife,
Gerlene Wyatt, by deed recorded in Deed Book 27-N, Page 272,
in the Register's Office of Van Buren, County, Tennessee.

is hereby ORDERED released and discharged.

It is further ORDERED that the Clerk of this Court deliver a certified copy of this Release of Protective Order to the United States Attorney's Office and the United States Marshals Service for filing in the Register of Deeds Office for Bledsoe County, Tennessee and VanBuren County, Tennessee.

ENTER:

*Thomas W. Phillips*
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

JAMES R. DEDRICK
Acting United States Attorney

By: /s/ Scott A. Winne
    Scott A. Winne
    Assistant United States Attorney